UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DENNIS JACKSON,
    Plaintiff,

v.

Kilolo Kijakazi,
*Acting Commissioner of Social Security Administration*,
    Defendant.

**JUDGMENT**

Case No. 5:20-CV-658-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court denies the Plaintiff's Motion for Judgment on the Pleadings [DE-20], grants the Defendant's Motion for Judgment on the Pleadings [DE-23] and AFFIRMS the Commissioner's decision.

This judgment filed and entered on 7/19/2022, *with electronic service* upon the following:

Scott Scurfield *Plaintiff's Counsel*

David Mervis
Keeya Jeffrey
Wanda Mason
*Defendant's Counsel*

                        **PETER A. MOORE, JR.**
                        CLERK, U.S. DISTRICT COURT

July 19, 2022                   /s/ *Shelia D. Foell*
                                     Deputy Clerk of Court